IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-424-FL

| | |
|---|---|
| MICHAEL D. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ENTERPRISE HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to strike plaintiff's response, which motion is imbedded in defendant's reply (DE 48). That reply relates to defendant's pending motion for summary judgment. In another motion filed October 30, 2012, also pending, defendant complains about plaintiff's failure to respond in discovery, and on that same day, defendant moved for summary judgment as to all claims.

Plaintiff lodged his response to the summary judgment motion on the docket January 15, 2013, after receiving time extension for forty-five (45) days, up to and until January 14, 2013. On this basis, defendant would seek to strike plaintiff's response. Points made in support of the motion to strike are well supported. However, in the court's discretion, that motion to strike is DENIED, also with deference to plaintiff's *pro se* status, where counsel was allowed October 30, 2012, to withdraw. The court will consider this response in ruling on the summary judgment motion.

SO ORDERED, this the 10th day of September, 2013.

_____
LOUISE W. FLANAGAN
United States District Court Judge