UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL D. CAMPBELL,                    )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )        **JUDGMENT**
                                        )
                                        )        No. 5:11-CV-424-FL
ENTERPRISE HOLDINGS, INC.               )
*and as named in Amended Complaint*     )
ENTERPRISE LEASING                      )
COMPANY-SOUTHEAST, LLC,                 )
                                        )
                    Defendant.          )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for
consideration of the Defendant's Motion for Summary Judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered
on September 16, 2013, and for the reasons set forth more specifically therein, that Defendant's
Motion for Summary Judgment is GRANTED.  The Plaintiff shall have and recover nothing from
this action.

<u>**This Judgment Filed and Entered on September 17, 2013, and Copies To:**</u>

Michael D. Campbell (via U.S. Mail) 11932 Field Towne Lane, Raleigh, NC 27614
Theresa Marie Sprain (via CM/ECF Notice of Electronic Filing)


September 17, 2013                    JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                      (By) Christa N. Baker, Deputy Clerk